JAMES CUNNINGHAM, RESPONDENT, v. RICHARD ASHURST, APPELLANT.

Argued May 17, 1944—Decided September 14, 1944.

For the respondent, *James M. Davis, Jr.*

For the appellant, *Howard Eastwood.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, DONGES, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, JJ.   8.

*For reversal*—CASE, HEHER, THOMPSON, DILL, JJ.   4.